No. D–2151.  IN RE DISBARMENT OF TRAVIS.   Robert L. Travis, Jr., of Tallahassee, Fla., is suspended from the practice of

law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.